(January 24, 1986)

■ In the Matter of MICHAEL CLEMENTS, Petitioner, v EUGENE LeFEVRE, as Superintendent of Clinton Correctional Facility, et al., Respondents.—Motion for permission to proceed as a poor person treated as an application, pursuant to CPLR 5704 (a), to review an order of the Supreme Court at Special Term, which denied petitioner's application for an order to show cause to commence a proceeding against respondents pursuant to CPLR article 78. Application denied (see, Matter of King v Gregorie, 90 AD2d 922, lv dismissed 58 NY2d 822). Mahoney, P. J., Kane, Yesawich, Jr., Levine and Harvey, JJ., concur.

■ In the Matter of JOHN D. RANSOM, Petitioner, v THOMAS A. COUGHLIN, as Commissioner of Correction, et al., Respondents.—Application, pursuant to CPLR 5704 (a), to review an order of the Supreme Court at Special Term, which dismissed without prejudice, an ex parte petition in a proceeding pursuant to CPLR article 78. Application denied (see, Matter of King v Gregorie, 90 AD2d 922, lv dismissed 58 NY2d 822). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.